**Order entered June 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00619-CV

### DENNIS JAMES POLEDORE, JR., Appellant

### V.

### CHERI YLONDA POLEDORE, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-13701**

## ORDER

Appellant, an inmate appearing pro se, has filed a motion to suspend rule 9.3(a) which requires a party filing any document in paper form to file also one unbound copy of the document. *See* TEX. R. APP. P. 9.3(a). Pursuant to rule 2, we **GRANT** the May 27, 2015 motion and **DIRECT** the Clerk of the Court to accept the original of any document filed by appellant even if not accompanied by the required unbound copy. *See* TEX. R. APP. P. 2.

/s/     CRAIG STODDART
JUSTICE